# UNITED STATES DISTRICT COURT
## District of Minnesota

Jafer Abdusemed,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Daren K. Margolin, Department of Homeland Security,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-495 PAM/LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is **GRANTED in part**; and

2. Respondents shall:

a. Within 7 days of the date of this Order, complete inspection and examination of Petitioner as required by 8 U.S.C. § 1159(a) and file a notice confirming that such inspection has been completed, stating the outcome and whether Respondents contend that continued detention is authorized on a specified lawful basis; or

b. Immediately release Petitioner and file a notice confirming the date, time, and location of release.

Date: 1/29/2026

KATE M. FOGARTY, CLERK